United States District
Court Federal Building
District of Puerto Rico

| | |
|---|---|
| José Alberto Rivera Segarra | |
| vs | CR. Num: 69 99 (PG) |
| United States District Court | |

Mocion Pro-se, Petision de Abogado en Referencia a Regla 35

Al Honorable tribunal Federal,,

Comparece ante el Honorable tribunal Federal, la parte que suscribe de forma muy respetuosa, expone, alega y solicita,,

Alegacion Suscrita,,

Que el hoy confinado, Sr. José Alberto Rivera Segarra. Expone que aun sigue siendo evaluado por dicho tribunal Federal referente a Regla 35.

Que dentro de lo juridico. El caso fue visto por el tribunal de Ponce, donde testifique en caso de dos asesinatos.

I

Contra:
   Julio Santiago Adam
   Juan Diaz Morales
   Ariel Diaz Morales

Que dentro de lo alegado. Solicito la pronta representacion legal consumo a mis derechos. Que la parte legal que antes servia al caso desistio de sus funciones dejando su representacion en mi sin efecto por lo que hoy solicito. Que se me asigne representacion legal nuevamente.
            (VEASE, *NOTA)

Que el peticionario en epigrafe se encuentra interno en la institucion Bayamón 501. El cual solicita que sin poder sufragar los gastos de honorario ya que soy una persona indigente sin recurso alguno que solicite el auto monetario.

Al Honorable tribunal Federal

Se solicita que declare esta con lugar. En su prudente tiempo. Dejando por informado al hoy solicitante.


*Nota: Ledo, Saliente.

   Sr. Epifanio Morales
      Public Defendant

Solicita Hoy 21 DE Abril, 2005
EN BAYAMON, PUERTO RICO

SEC. AUX

Respetuosamente:

José Alberto Rivera Segarra
ANEXO BAYAMON 501
UNIDAD: 2-A
P.O. Box 60.7073
BAYAMON, P.R. 00960

Firma: *[signature]*
4/21/05